**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01925-NYW

ERIK WILK,
DEREK WILK,
JAMI WILK,

    Plaintiffs,

v.

ST. VRAIN VALLEY SCHOOL DISTRICT,
JOHN CREIGHTON, JOIE SIEGRIST, BOB SMITH, DEBBIE LAMMERS, JOHN AHRENS, PAULA PEAIRS, and MIKE SCHIERS, members of the District's Board, in their individual and official capacities,
DON HADDAD, Superintendent of Schools, in his individual and official capacity,
GREG WINGER, Expulsion Officer of the District, in his individual capacity,
MATTHEW BUCHLER, Principal of Erie High School, in his individual capacity,
TOWN OF ERIE POLICE DEPARTMENT,
MARC VASQUEZ, Erie Police Department, in his individual and official capacity,
DAN NIEMOTH, Erie Police Department, in his individual capacity, and
AARON HADDOX, Erie Police Department, in his individual capacity,

    Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

---

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges. The parties are expected to become familiar with the Pilot Program.

    IT IS ORDERED:

    1. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**November 3, 2015 at 11:00 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      2.  A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before seven days prior to the Scheduling Conference:

**October 27, 2015**

      3. The parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**October 27, 2015**

DATED: September 23, 2015

                                                BY THE COURT:

                                                s/Nina Y. Wang_____
                                                United States Magistrate Judge