IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01925-RPM

ERIK WILK,
DEREK WILK, and
JAMI WILK,

      Plaintiffs,
v.

ST. VRAIN VALLEY SCHOOL DISTRICT,
JOHN CREIGHTON, JOIE SIEGRIST, BOB SMITH, DEBBIE LAMMERS, JOHN AHRENS,
PAULA PEAIRS, and MIKE SCHIERS, members of the District's Board, in their individual and
official capacities,
DON HADDAD, Superintendent of Schools, in his individual and official capacity,
GREG WINGER, Expulsion Officer of the District, in his individual capacity,
MATTHEW BUCHLER, Principal of Erie High School, in his individual capacity,
TOWN OF ERIE POLICE DEPARTMENT,
MARC VASQUEZ, Erie Police Department, in his individual and official capacity,
DAN NIEMOTH, Erie Police Department, in his individual capacity, and
AARON HADDOX, Erie Police Department, in his individual capacity,

      Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to Procedural Order Number One entered by this Court on October 1, 2015, counsel have contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

      ORDERED that a scheduling conference will be held on **January 8, 2016, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15). The proposed order (original only) on paper, shall be submitted directly to

chambers by **4:00 p.m. on December 29, 2015.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

DATED: December 7th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge